# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 5, 2026

Lyle W. Cayce
Clerk

No. 25-40656
Summary Calendar

───────────────

United States of America,

*Plaintiff—Appellee*,

*versus*

Modesto Baeza-Trejo,

*Defendant—Appellant*.

───────────────────────────────

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 7:25-CR-1028-1

───────────────────────────────

Before Higginbotham, Engelhardt, and Ramirez, *Circuit Judges*.

Per Curiam:*

The Federal Public Defender appointed to represent Modesto Baeza-Trejo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Baeza-Trejo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected

───────────────────────

* This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-40656

therein.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED.  *See* 5TH CIR. R. 42.2.